

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable C. J. Wilde
County Auditor
Nueces County
Corpus Christi, Texas

Dear Sir:                          Opinion No. 0-3956
                                   Re: Commissioners' Court may
                                       hire a librarian for a county
                                       law library.

        Your request for the opinion of this department as
to whether or not the Commissioners' Court has the authority
to hire a librarian to take charge of a county law library
to be established under the terms and provisions of House
Bill 1080, Acts of the 47th Legislature, is acknowledged.

        House Bill 1080, supra, provides in part:

        "Section 1.  The Commissioners Courts of
all counties within this State, having a popu-
lation of not less than eighty thousand (80,000)
inhabitants nor more than two hundred and twenty-
five thousand (225,000) inhabitants, according
to the last preceding Federal Census, and in
which there is located no Court of Civil Appeals,
shall have the power and authority, by first
entering an order for that purpose, to provide
for, maintain and establish a county law library.

        "Sec. 2.  For the purpose of establishing
'County Law Libraries' after the entry of such
order, there shall be taxed, collected, and paid
as other costs the sum of One Dollar ($1) in
each case, civil or criminal, except suits for
delinquent taxes, hereafter filed in every County
or District Court; provided however, that in
no event shall the county be liable for said
costs in any case.  Such costs shall be col-
lected by the Clerks of the respective Courts

699

in said counties and paid by said Clerk to the County Treasurer to be kept by said Treasurer in a separate fund to be known as the 'County Law Library Fund'. Such fund shall be administered by said Courts for the purchase and maintenance of a law library in a convenient and accessible place, and said fund shall not be used for any other purpose.

"Sec. 3. Said Courts are granted all necessary power and authority to make this Act effective, to make reasonable rules in regard to said library and the use of the books thereof, and to carry out the terms and provisions of this Act.

". . ."

It clearly appears from Section 3 of the Act, taken in conjunction with the last sentence appearing in Section 2 thereof, that the Commissioners' Court is given broad power to establish and maintain such libraries. If the Commissioners' Court, therefore, determines that a law library cannot be successfully maintained without hiring a librarian charged with the responsibility of keeping and protecting the books, we think it clearly within its power to hire a librarian and to provide for his compensation to be paid out of the "County Law Library Fund" created by Section 2 of the above Act.

Yours very truly

ATTORNEY GENERAL OF TEXAS

3, 1941

FIRST ASSISTANT
ATTORNEY GENERAL,

By Lloyd Armstrong
Lloyd Armstrong
Assistant

AA:GO


APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN